UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY A. JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:16-cv-00482-TAB-LJM |
| | ) |
| CAROLYN W. COLVIN Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court, having found in favor of Plaintiff Kimberly A. Jenkins and against Defendant Carolyn W. Colvin, enters judgment in favor of Plaintiff and against Defendant. The Commissioner's decision is remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings.

Date: 11/23/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distribution:

All ECF-registered counsel of record via email